**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DEVIN L. COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>SHYAM S. SINGAREDDY<br><br>Defendant. | Civil Action No. 25-1114-GBW-LDH |

**ORDER**

At Wilmington, Delaware this 16th day of September 2026:

WHEREAS, on February 27, 2026, Defendant Shyam S. Singareddy ("Defendant"), filed a Motion to Dismiss and Opening Brief in Support thereof (D.I. 16) ("Defendant's Motion to Dismiss");

WHEREAS, on July 20, 2026, Magistrate Judge Laura D. Hatcher ("Judge Hatcher") issued a Report and Recommendation, in which Judge Hatcher recommended that the Court deny Defendant's Motion to Dismiss (D.I. 24) ("the Report and Recommendation");

WHEREAS, objections to the Report and Recommendation were due on August 3, 2026, (D.I. 24 at 7); *see also* Fed. R. Civ. P. 72(b)(2); D. Del. LR 72(b);

WHEREAS, no objections have been filed as of September 16, 2026, (*see Coleman v. Sinagreddy,* C.A. No. 25-1114-GBW-LDH); and

WHEREAS, the Court has given the Report and Recommendation reasoned consideration, and agrees with its conclusions for the reasons stated therein, *see Equal Emp. Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (district judges required to give report and recommendation of a magistrate judge, for which no timely objections have been filed, reasoned consideration).

THEREFORE, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (D.I. 24) is **ADOPTED**.

2. Defendant's Motion to Dismiss (D.I. 16) is **DENIED**.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE